## SINGER SEWING-MACHINE COMPANY v. JOHNS.

LUMPKIN, J. Where one purchasing a sewing-machine entered into a
written contract by which such purchaser stated that she received the
machine, valued at $48, which she was to use with care, and keep in
like good order as when received, and for the use of which she agreed to
pay as rent $5 in cash and an old machine at the price of $4 on the
delivery of the agreement, and $3 per month thereafter, in an action by
the sewing-machine company to recover the machine, in which the
plaintiff elected to take a money verdict for the balance due, it was error
to allow the defendant, over objection, to testify that the agreement
was that she was to be allowed $16 for the old machine, there being no
proper proceeding seeking to correct the written contract.

    *Judgment reversed. Beck, J., absent. The other Justices concur.*

### AUGUST 10, 1910.

Trover.    Before Judge Edwards.    Paulding superior court.
May 25, 1909.

*F. M. Richards,* for plaintiff.